UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PYRAMID HOLDINGS INC., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INVERNESS MEDICAL INNOVATIONS INC., RON ZWANZIGER, DAVID TEITEL, CHRISTOPHER J. LINDOP, CAROL R. GOLDBERG, ROBERT P. KHEDERIAN, JOHN F. LEVY, JERRY McALEER, DAVID SCOTT, PETER TOWNSEND, JOHN A. QUELCH and ALFRED M. ZEIEN, <br><br> Defendants. | C.A. No. 1:08-cv-10615-JLT <br><br> <u>CLASS ACTION</u> |

### **NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff International Brotherhood of Electrical Workers Local 98, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Dismissal and accompanying Memorandum entered in this action on July 29, 2009.

        COUGHLIN STOIA GELLER RUDMAN
          & ROBBINS LLP


                /s/ JACK REISE
        _____

JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
MICHAEL L. GREENWALD (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
*jreise@csgrr.com*
*sastley@csgrr.com*
*mgreenwald@csgrr.com*

Lead Counsel for Plaintiff

SHAPIRO HABER & URMY LLP
Thomas G. Shapiro (BBO# 454680)
Adam M. Stewart (BBO# 661090)
53 State Street
Boston, MA  02109
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134
*tshapiro@shulaw.com*
*astewart@shulaw.com*

Liaison Counsel

MARINO & CONROY LLC
STEVEN F. MARINO
301 Wharton Street
Philadelphia, PA  19147
Telephone: 215/462-3200
215/462-4763 (fax)

Additional Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which caused Notices of Electronic Filing to be generated by ECF to all registered participants.

                                                  /s/ JACK REISE
                                                    JACK REISE