# United States Court of Appeals
## For the First Circuit
_____

No. 09-2185

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98

Plaintiff - Appellant

PYRAMID HOLDINGS, INC., individually and on behalf of all others similarly situated

Plaintiff

v.

INVERNESS MEDICAL INNOVATIONS, INC.; RON ZWANZIGER; DAVID TEITEL; CHRISTOPHER J. LINDOP; CAROL R. GOLDBERG; ROBERT P. KHEDERIAN; JOHN F. LEVY; JERRY MCALEER; DAVID SCOTT; PETER TOWNSEND; JOHN A. QUELCH; ALFRED M. ZEIEN

Defendants - Appellees

_____

**JUDGMENT**

Entered: September 23, 2009
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Mario Alba
Stephen R. Astley
Deborah Sager Birnbach
Caroline T. Bullerjahn
Michael L. Greenwald
Brian E. Pastuszenski
Jack Reise

David A. Rosenfeld
Samuel H. Rudman
Adam M. Stewart